**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGITECH INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:14-cv-1157<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF BETTER MOUSE COMPANY LLC'S
NOTICE OF RELATED CASES**

The following cases before this Court (including this case) involve the same plaintiff and the same asserted patent: 2:14-cv-198, -204, -205, -281 through -283, -296 through -299, -376, -1123, and -1163.

Dated: January 7, 2015

Respectfully submitted,

*/s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr. (lead attorney)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Kris Yue Teng
Texas Bar No. 24079443
kris@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis

1

State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
305 S. Broadway, Suite 406
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Better Mouse Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr.