UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Better Mouse §
§
vs. §        CASE NO. 2:14-cv-1157
§
Logitech Inc §
§

ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to __Honorable Judge Roy S Payne__ _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

3/25/15
Date

_____
UNITED STATES DISTRICT JUDGE